# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                       **CASE NO. 5:18-CR-50008-002**

**DERRICK NICHOLSON**                                           **DEFENDANT**

## ORDER

The Court has reviewed Defendant's Sentencing Memorandum (Doc. 188), which was filed on September 27, 2018, two business days before the sentencing hearing in this matter. The Sentencing Memorandum raises two new Guideline-determinative objections to the Final Presentence Investigation Report (Doc. 176). These objections were not raised in Defendant's written objections to the Initial Presentence Report (Doc. 167).

Pursuant to Rule 32(f)(1) of the Federal Rules of Criminal Procedure, "[w]ithin 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report." The 14-day rule is intended to allow the United States Probation Officer the opportunity to "meet with the parties to discuss the objections" and then "investigate further and revise the presentence report as appropriate." Fed. R. Crim. P. 32(f)(3). Here, Defendant failed to raise the two objections in his Sentencing Memorandum within the time period specified by Rule 32, and the Court does not look favorably on this dilatory behavior.

The Court finds itself with no other option but to strike the upcoming sentencing hearing set for Monday, October 1, 2018, to allow the Government and the United States

Probation Office to consider the late-failed objections and to respond. The Court will also entertain any motion that the Government may seek to file, withdrawing its sealed motion (Doc. 187).

**IT IS THEREFORE ORDERED** that the sentencing hearing in this matter, currently set for Monday, October 1, 2018, is **STRICKEN** and will be reset by separate order.

**IT IS SO ORDERED** on this 28th day of September, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE