FOR THE
__Western__ District of __Arkansas__

UNITED STATES OF AMERICA,
    Respondent.

✓

Case No. 5:18-Cr-50008-TLB-002

DERRICK NICHOLSON

Petitioner.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 2 1 2021

JAMIE GIANI, Clerk
By _____
Deputy Clerk

MOTION REQUESTING SENTENCING TRANSCRIPT

---

I (DERRICK L. NICHOLSON) herebe make the request for Sentencing Transcripts at the government's expense. [considering, the nature and circumstances warrant as much.

The request for this document comes at a time - when Petitioner needs them most. The extent that such documents will help Petitioner to file Compassionate Release motion, and assist with Custody Classification.

Where as, for Petitioner's records - it helps to have such documents - to serve the ends of Justice. Respectfully

— Certificate of Service —

I do hereby certify that on this 14th day of June 2021. That a true and correct copy of the foregoing has been mailed-Filed, sent to the Honorable United States District Court, and was sent through The Legal mailing System (here at F.C.I. TexArkana)

/S/ Derrick Nicholson

Name:

Fed. Reg. No. 14964-010

Federal Correctional Institution

P.O. Box 7000

TexArkana, Texas 75505

Derrick Nicholson 14964-010
Federal Correctional Institution
P.O. Box 7000
Texarkana, Tx. 75505-7000

SHREVEPORT LA 710
16 JUN 2021 PM 3 L

Received WD/AR
JUN 21 2021

U.S. Clerk's Office

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
35 E. MOUNTAIN Room 510
Fayetteville, Ark 72701